PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Darrell Cheeks**  Docket No. **21-11277M**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW DAVID HERNANDEZ PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Darrell Cheeks**, who was placed under pretrial release supervision by the **HONORABLE ANDRE M. ESPINOSA, UNITED STATES MAGISTRATE JUDGE** sitting in the Court at **Newark, New Jersey**, on **September 23, 2021**, under the following conditions:

1. Surrender all passports and travel documents and do not apply for new documents.
2. Refrain from possession a firearm, destructive device, or other dangerous weapons.
3. Maintain current residence or residence approved by Pretrial.
4. Maintain or actively seek employment and/or commence an education program.
5. Curfew as directed by Pretrial Services.
6. Comply with New Jersey State Parole conditions.
7. Report to the United States Marshals Service in Newark for processing at a date to be determined.

On November 16, 2021, a Bail Review hearing was held, and the Court ordered the defendant be placed on a curfew, enforced by electronic monitoring.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a Warrant to serve as a Detainer**

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this <u>2nd</u> day of <u>December</u>, <u>2021</u> and ordered filed and made a part of the records in the above case. | Executed on ___December 2, 2021_____ |
| <u>  S/André M. Espinosa                  </u><br>André M. Espinosa<br>United States Magistrate Judge | s/*David Hernandez*<br>_____<br>David Hernandez<br>United States Pretrial Services Officer |

# Do Not File in CM-ECF

Note: The following information is presented to the Court for consideration to modify conditions of release. It may contain confidential information that is protected by Title 18 USC 3153(c)(1). It should not be distributed to third parties or be placed into the electronic case filing system.

### ADDENDUM TO PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

*Respectfully presenting petition for action of Court and for cause as follows:*

Since the defendant's last bail review hearing, in which the Court addressed the defendant's latest arrest by the Roselle Park Police Department for Hindering Apprehension, the defendant is alleged to have violated his conditions of New Jersey State Parole and his pretrial release conditions.

On, or about, November 30, 2021, the defendant's supervising parole officer conducted a visit to the defendant's residence. Upon review of the defendant's cell phone, communications were uncovered that alleged the defendant was communicating with the victim of his no-contact prohibition. As a result, the defendant was taken into custody on the parole violation and awaits to be served and a hearing date before the New Jersey State Parole Board. As of this writing, no date has been scheduled and the defendant remains in local custody at the Essex County Correctional Facility.

Pretrial Services has spoken with Assistant United States Attorney Samantha Fasanello and defense counsel Garry Mizzone whom concur with our Agency's request for a warrant to serve as a detainer.

Should Your Honor require any additional information, please feel free to contact this officer at (973) 645-6427.